**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, | |
| Plaintiff, | Case No. 24-cv-00813 |
| v. | **Judge Manish S. Shah** |
| GUANGZHOU NOTTING ELECTRONIC EQUIPMENT CO., LTD. et al, | |
| Defendants. | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Deckers Outdoor Corporation ("Plaintiff or "Deckers") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT FURTHER FINDS, in the absence of adversarial presentation, that it has personal jurisdiction over the Defaulting Defendants since the Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and have sold the same product, namely the footwear shown in Exhibit 1 to the Complaint [3], that infringes Plaintiff's U.S. Patent No. D901,870 (the "Infringing Product"). Plaintiff's U.S. Patent No. D901,870 (the "UGG Design") is shown in the below chart.

| Patent Number | Claim | Issue Date |
|---|---|---|
| D901,870 |  | November 17, 2020 |





THIS Court further finds that Defaulting Defendants are liable for patent infringement (35 U.S.C. § 271).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. offering for sale, selling, and importing Infringing Product;

    b. aiding, abetting, contributing to, or otherwise assisting anyone in offering for sale, selling, and importing the Infringing Product; and

    c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace

platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc ("Walmart"), Etsy, Inc. ("Etsy"), WhaleCo, Inc. ("Temu"), and DHgate (collectively, the "Third Party Providers") shall within seven (7) calendar days after receipt of such notice disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of the Infringing Product.

3.      Pursuant to 35 U.S.C. § 289, Plaintiff is awarded profits from each of the Defaulting Defendants for the sale of the Infringing Product sold through at least the Defaulting Defendants' Seller Aliases according to the below chart:

| Storename | Award |
|---|---|
| Guangzhou Notting Electronic Equipment Co., Ltd. | $250 |
| 12URBAN | $277 |
| A1YFNTTX3KBJF7 | $250 |
| A288Z60ZO80IEK | $250 |
| A3CPWXR3VPI4J3 | $250 |
| ACRDS | $250 |
| fragrance shop | $250 |
| guangzhouyandushangmao | $250 |
| guojieping | $250 |
| Hainan Pengye Decoration Engineering Co., Ltd | $250 |
| huahuashanghang223 | $250 |
| HuanYiZ | $250 |
| It will be delivered in about 7-12 days | $250 |
| iuxmzsSLC | $250 |
| jibaoshop | $250 |
| jingjingbaihuoshanghang12 | $250 |
| Kuihai Shopping | $250 |
| kunmingmengcongshangmaoyouxiangongsi | $250 |
| lanzhaojun | $250 |
| Licheng8-6 | $250 |
| lingmanbaihuoshanghang | $250 |

5

| | |
|---|---|
| linjunyanl | $250 |
| lixiuling | $250 |
| MA8QT43Q62 | $250 |
| marshal J | $250 |
| NANAMI corporation | $250 |
| ningchengxianhuanjiangshangmaoyouxiangongsi | $250 |
| panlongqujielengbaihuoshanghang | $250 |
| ShineG | $250 |
| tanranbaihuo | $250 |
| tengchenbaihuo | $250 |
| TianRong23-US | $250 |
| WYY88 | $250 |
| xinlu2023 | $250 |
| YCYG-USAT | $250 |
| Yibo Technology (Arrive in about 15 days) | $250 |
| yidazhenxuanbaihuoshanghang | $250 |
| yuniandianzi | $250 |
| zhangkunkun123 | $250 |
| ZHOU1LIGANG | $250 |
| jyys | $250 |
| lianwu04 | $250 |
| xuan06 | $250 |
| DELON OUTDOOR | $250 |

4.      Plaintiff may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, DHgate, Walmart, Etsy, Temu, and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

5.      Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, Etsy, Temu, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified damages award, or other of Defaulting Defendants' assets.

6

6.     All monies, up to the above identified profit award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, Etsy, Temu, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, Etsy, Temu, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

7.     Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, Etsy, Temu, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, Etsy, Temu, and Amazon Pay, shall within seven (7) calendar days:

a.   locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Laurie Rose Lubiano, and any e-mail addresses provided for Defaulting Defendants by third parties;

b.   restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. release all monies, up to the above identified damages award, restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

8. In the event that Plaintiff identifies any additional online marketplaces or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Laurie Rose Lubiano and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The fifty thousand dollar ($50,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

DATED: April 11, 2024

Manish S. Shah
United States District Judge

**Deckers Outdoor Corporation v. Guangzhou Notting Electronic Equipment Co., Ltd., et al. - Case No. 24-cv-813**

# Schedule A

### Defendant Online Marketplaces

| No | URL | Name / Seller Alias |
|----|-----|---------------------|
| 1 | gznotting.en.alibaba.com | Guangzhou Notting Electronic Equipment Co., Ltd. |
| 2 | amazon.com/sp?seller=AXVMPXN369MOD | 12URBAN |
| 3 | amazon.com/sp?seller=A1YFNTTX3KBJF7 | A1YFNTTX3KBJF7 |
| 4 | amazon.com/sp?seller=A288Z60ZO80IEK | A288Z60ZO80IEK |
| 5 | amazon.com/sp?seller=A3CPWXR3VPI4J3 | A3CPWXR3VPI4J3 |
| 6 | amazon.com/sp?seller=A2V4CNWT6OUB1K | ACRDS |
| 7 | amazon.com/sp?seller=A1LJ43ETHWZKOV | fragrance shop |
| 8 | amazon.com/sp?seller=AWK1KYQVXTC5Q | guangzhouyandushangmao |
| 9 | amazon.com/sp?seller=A18U7B6VJQHM42 | guojieping |
| 10 | amazon.com/sp?seller=AL1M9H9NR9B9P | Hainan Pengye Decoration Engineering Co., Ltd |
| 11 | amazon.com/sp?seller=A1JKO42CQ8M0FZ | huahuashanghang223 |
| 12 | amazon.com/sp?seller=A3P8078XLFRGGA | HuanYiZ |
| 13 | amazon.com/sp?seller=A2ZSFY7MLZQRGN | It will be delivered in about 7-12 days |
| 14 | amazon.com/sp?seller=AAKMXTNYSPB1R | iuxmzsSLC |
| 15 | amazon.com/sp?seller=A38937E90CY0O6 | jibaoshop |
| 16 | amazon.com/sp?seller=A2D5PBE235IDO0 | jingjingbaihuoshanghang12 |
| 17 | amazon.com/sp?seller=A1CIQH60KVR0ML | Kuihai Shopping |
| 18 | amazon.com/sp?seller=A2VCQQGQYX7FC9 | kunmingmengcongshangmaoyouxiangongsi |
| 19 | amazon.com/sp?seller=AKO518XUIKS61 | lanzhaojun |
| 20 | amazon.com/sp?seller=A38AGZ2U4DI6OF | Licheng8-6 |
| 21 | amazon.com/sp?seller=A1DOP3LQH4PW3E | lingmanbaihuoshanghang |
| 22 | amazon.com/sp?seller=A1LACY2N5LT2IA | linjunyanl |
| 23 | amazon.com/sp?seller=A3TQR6SB2M1UCV | lixiuling |
| 24 | amazon.com/sp?seller=A2AF6U2BS7B45W | MA8QT43Q62 |
| 25 | amazon.com/sp?seller=A1MSGE6W64D72O | marshal J |
| 26 | amazon.com/sp?seller=ABJ7N9LRMSB2C | NANAMI corporation |
| 27 | amazon.com/sp?seller=A3B3Y9FFRYLYW8 | ningchengxianhuanjiangshangmaoyouxiangongsi |
| 28 | amazon.com/sp?seller=A248VFWR90E0T3 | panlongqujielengbaihuoshanghang |
| 29 | amazon.com/sp?seller=A1SNQYVSYKSLMB | ShineG |
| 30 | DISMISSED | DISMISSED |
| 31 | amazon.com/sp?seller=ABSEPQJUUPBQG | tanranbaihuo |
| 32 | amazon.com/sp?seller=A1BVJP6C5TER29 | tengchenbaihuo |
| 33 | amazon.com/sp?seller=A1R4S6ISEZ2IYO | TianRong23-US |

| 34 | amazon.com/sp?seller=A3K66AC5KI72WK | WYY88 |
|----|-------------------------------------|-------|
| 35 | amazon.com/sp?seller=A33VOHCXZLN8NH | xinlu2023 |
| 36 | amazon.com/sp?seller=A1VPMG4ZN0QA64 | YCYG-USAT |
| 37 | amazon.com/sp?seller=A10W4RQFHE7NIQ | Yibo Technology (Arrive in about 15 days) |
| 38 | amazon.com/sp?seller=A1VVQSK20QSUY | yidazhenxuanbaihuoshanghang |
| 39 | amazon.com/sp?seller=AJFIS7YUMV9BD | yuniandianzi |
| 40 | amazon.com/sp?seller=A2GUHWNU2ZYJ5I | zhangkunkun123 |
| 41 | amazon.com/sp?seller=A2S4MJ17LWNR2K | ZHOU1LIGANG |
| 42 | dhgate.com/store/21818335 | jyys |
| 43 | dhgate.com/store/21620802 | lianwu04 |
| 44 | dhgate.com/store/21755394 | xuan06 |
| 45 | DISMISSED | DISMISSED |
| 46 | temu.com/m-2754460152484.html | DELON OUTDOOR |
| 47 | DISMISSED | DISMISSED |